```
 1
 2
 3
 4
 5
 6
 7
 8                          IN THE UNITED STATES DISTRICT COURT
 9                        FOR THE EASTERN DISTRICT OF CALIFORNIA
10   DARRYL BROWN,
11              Plaintiff,                      No. CIV S-06-1894 DFL DAD P
12       vs.
13   TONY MALFI, et al.,
14              Defendants.                     ORDER
15                                        /
```

16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17  to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis.[1]

18          In his complaint, plaintiff alleges violations of his rights by correctional staff

19  employed at the Sierra Conservation Center in Jamestown, California.  The alleged violations

20  took place in Tuolumne County, which is part of the Fresno Division of the United States District

21  Court for the Eastern District of California.  See Local Rule 3-120(d).  A civil action which has

22  not been commenced in the proper division of this court may, on the court's own motion, be

23  transferred to the proper division of the court.  See Local Rule 3-120(f).  Pursuant to Local Rule

24  3-120, this action will be transferred to the Fresno Division of the court.

25

26      [1] The certificate section of plaintiff's in forma pauperis application has not been completed by plaintiff's institution of incarceration.

1

1       Good cause appearing, IT IS HEREBY ORDERED that:

2       1. This action is transferred to the United States District Court for the Eastern

3 District of California sitting in Fresno; and

4       2. All future filings shall reference the new Fresno case number to be assigned to

5 this case and shall be filed at:

6     United States District Court
    Eastern District of California
7     2500 Tulare Street
    Fresno, CA 93721

9 DATED: August 30, 2006.

               _____
               DALE A. DROZD
               UNITED STATES MAGISTRATE JUDGE

13 DAD:13:mp
brow1894.22fn